UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                     :

MID-ATLANTIC REGION COMMISSION ON     :
HIGHER EDUCATION d/b/a MIDDLE STATES   :
COMMISSION ON HIGHER EDUCATION,      :
                                                     :

                  Petitioner,         :

                                                    :
                 -v-                  :          25 Civ. 8521 (JPC)
                                                    :

ASA COLLEGE, INC.,                   :            <u>ORDER</u>
                                                      :
                  Respondent.     :
                                                      :
-------------------------------------------------------------------X

JOHN P. CRONAN, District Judge:

      On October 15, 2025, Petitioner filed a petition to confirm an arbitration award.  Dkt. 1.

Proceedings to confirm an arbitration award are "treated as akin to a motion for summary

judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006).  Accordingly,

Petitioner shall file and serve any additional materials with which it intends to support its petition

to confirm by November 17, 2025.  Respondent's opposition, if any, is due December 8, 2025.

Petitioner's reply, if any, is due December 22, 2025.

      Petitioner shall serve the petition and all supporting papers, as well as this Order, upon

Respondent electronically and by overnight mail no later than November 17, 2025, and shall file

an affidavit of such service with the Court no later than November 18, 2025.

      SO ORDERED.

Dated: October 17, 2025
      New York, New York                 _____
                                          JOHN P. CRONAN
                                 United States District Judge