**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

MID-ATLANTIC REGION COMMISSION ON HIGHER EDUCATION d/b/a MIDDLE STATES COMMISSION ON HIGHER EDUCATION,

Petitioner,

-against-

ASA COLLEGE, INC,

Respondent.

-------------------------------------------------------------X

25 **CIVIL** 8521 (JPC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 12, 2026, the Court denies ASA's motion for relief from the judgment confirming the First Arbitral Award and its motion to vacate the Second Arbitral Award, and grants the Commission's petition to confirm the Second Arbitral Award. Accordingly, judgment entered in favor of the Commission and the case is closed.

**Dated**: New York, New York
August 14, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**